## 57188. DEPARTMENT OF TRANSPORTATION v. KENDRICKS.

SHULMAN, Judge.

This court having entered on February 12, 1979, a judgment in the above-styled case (150 Ga. App. 9 (256 SE2d 610)), affirming the judgment of the trial court; and the judgment of this court having been reversed on certiorari by the Supreme Court in *Dept. of Transp. v. Kendricks*, 244 Ga. 613, the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Deen, C. J., and McMurray, P. J., concur.*

ARGUED FEBRUARY 12, 1979 — DECIDED
JANUARY 24, 1980.

*Arthur K. Bolton, Attorney General, W. Anthony Moss, Staff Assistant Attorney General, William A. Zorn,* for appellant.

*Gibbs, Leaphart & Smith, J. Alvin Leaphart,* for appellee.